IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF GEORGIA
__Dublin__ DIVISION

## QUESTIONNAIRE FOR THE PRISONERS PROCEEDING PRO SE UNDER 42 U.S.C. § 1983



Earnest Barnard Clayton-957639 and on
behalf of others; John a. And Jane Doe side
Plaintiffs

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

### Plaintiff

### VS.

Governor of Georgia Brian Kemp, Georgia Attorney General Chris
Slayhn M Carr, Georgia Department of Corrections Commiss
-ioner Tyrone Oliver, Chief Counsel Reshonda Mitchell, Warden
Toby Unit Manager Grier,          See Attached
(NAME OF EACH DEFENDANT)

### Defendant(s)

Each are sued in his o her villar individually capacity only!

CIVIL ACTION NO:

nm __3:26-cv-5__

## I. GENERAL INFORMATION

1. Your full name __and__ prison number Earnest Barnard Clayton-957639

2. Name and location of prison where you are __now__ confined Telfair State Prison (TSP)

3. Sentence you are now serving (how long?) 60 or 65 years)

   (a) What were you convicted of? Pimping' Statutory Rape, and/or Pandering

   (b) Name and location of court which imposed sentence Fulton County Superior Court
   Georgia

   (c) When was sentence imposed? 2007

   (d) Did you appeal your sentence and/or conviction?    Yes ☑   No ☐

   (e) What was the result of your appeal? Denied

CAPTION

D, Vaughn Unit nurse Wanda Toby, Correctional officer Bright, Counselor nurse Hitcher, guard Floyd, E. John Doe No.1, John Doe No.2 Earl Anthony Wright Deputy Warden of Care and Treatment Jeffries, Lt Chalmers, Captain Branch, Roger Allen Chalmers, Jason Knowles, Mutter w Bridges Counselor Newton Chief Counselor Black, Disciplinary Investigator Amy Davis Chief Council Whipple, Nuk Sergant Tucker Unit Manager William I Schwel Regional Director Schwel, Taylor, Hitcher, Correctional officer Clayton

PREVIOUS LAWSUIT(S)

NOTE: Plaintiff Clayton has filed over twenty (20) lawsuits, which being incarcerated, Plaintiff Clayton have failed to reveal a number of lawsuits that he have filed or failed to reveal (disclose) a number of lawsuits given this complaint that plaintiff Clayton has filed which being incarcerated because had to unsure of the information or not have for got the information regarding the non revealed lawsuits that plaintiff Clayton while incarcerated (1) Clayton vs Williams No. 6:17-CV0706 S.D. Ga. 2017 dismissed for failure to state claim, upon failure to follow court order (2) Clayton vs Williams 6:16-CV-151 (S.D. Novel 2017) dismissed for failure to state a claim upon failure to follow court order (3) Clayton vs Williams No. 6:16-cv-124 (S.D. Ga March 17) Clayton vs Wilkerson 6:17-00 S.D. Ga. on May 4, 2018 Clayton (11) 3 or three strikes 1915 etc. Clayton vs Hutton 3:26 -cv-00036 DHB-BKE

JURISDICTION & VENUE

This is a civil action ("civil action" lawsuit) authorized by 42 U.S.C Section 1983 to redress deprivation under color of state law, rights secured by the Constitution of the United States Constitution ("United States") Plaintiff Clayton has jurisdiction under this U.S.C. Section 1331 and 1343(c)(). Plaintiff Clayton seek for declaratory relief, pursuant to 28 U.S.C Section ()2201 and 2202, Plaintiff Clayton claim 11, for injunctive relief, are authorized by 28 U.S.C. Section 2283 (and) Rule 65 of the Federal Rule(s) of Civil Procedure.

The Southern District of Georgia is an appropriate venue under 28 U.S.C section 1391(b)(2) because it is where Plaintiff Clayton is current under ("is") imminently danger of serious physical injury and is current in jisccii danger under the present at the time of the filing of this complaint. This court has supplemental jurisdiction over plaintiff Clayton state law claim pursuant 28 U.S.C Section 1367

Ⅳ PARTIES TO THIS LAWSUIT (CONTINUED)

12. CONTINUED :(11) Governor of Georgia Brian P. Kemp, Georgia Department of Corrections Tyrone Oliver, warden Toby

Each defendant except for Brian P. Kemp is sued in his or her or their individual ("capacity 11") only and Georgia Governor Brian P. Kemp is sued in his official and individually capacity.

(f) Approximate date your sentence will be completed _____2065_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☑  No ☐

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _Earnest Burnell Lloyd_

   Defendant(s): _Jimmy Killum etc_

   (b) Name of Court: _Southern District of Georgia Dublin Division U.S. District Court_

   (c) Docket Number: _0005-DHB-BKE_   When did you file this lawsuit? _In 2026_

   (d) Name of judge assigned to case: _____

   (e) Is this case still pending?    Yes ☑  No ☐

   (f) If your answer to (e) is "No", when was it disposed of and what were the results?

   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes ☑  No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): _Earnest Burnell Lloyd_

   Defendant(s): _Jimmy Killum etc_

   (b) Name of Court: _U.S. District Court S.D. of Georgia_

   (c) Docket Number: _0005-DHB-BKE_   When did you file this lawsuit? _In 2026_

   (d) Name of judge assigned to case: _____

   (e) Is this case still pending?    Yes ☑  No ☐

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO **ANY** LAWSUIT FILED IN **ANY** FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☑    No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

Clayton v William No.6:11-cv-0078,S.D.,r Ga    _____

Clayton v. William No 6:16-cv-161    _____

Clayton v. William No. 6:16 cv-174    _____

_____    _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? In Georgia at plant (( Clayton assigned prisoner)

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑    No ☐

(2) If Yes, what was the result? Some was denied, or denied some was forward to CI Do.                            etc.

_____

_____

(3) If No, explain why not:_____

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ☑   No ☐

(1) If Yes, to whom did you appeal and what was the result? _To the Georgia Department of Corrections Commissioner Tyrone Oliver, and the appeal I Go's deadied etc._

(2) If No, explain why you did not appeal: _____

_____

10. In what other institutions have been confined? Give dates of entry and exit.

Hayes State Prison    dates unsure at this time
Valdosta State Prison    dates unsure at this time

_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Earnest Barnard Clayton -957639
Telefair State Prison
P.O. Box 649
Helena, Georgia 31637

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Correctional officer Brooks, Delinquent inmate Kitchen Guard Floyd, Unit Manager Jimmy Miller, CERT Team member Earl Anthony Wright Deputy Warden of Care and Treatment Jellies Lt. Chalmers Captain Branch, Attorney Shelly J. Milton, Attorney Rose Allen Chelmes, Attorney Jerin Winnie, Attorney Miller Bridges, Chief Counselor Rushand Mitchell, Counselor Newton, Chief Counselor Block, Disciplinary Investigator Brata Davis, Chief Counselor Pretrilliam Whipple Mak Whit Serial Teacher, Correctional officer Clayton, Counselor

STATEMENT OF CLAIM (ONE)
FACT(S)

1. At all times relevant to this case and complaint and events ("incidents") mentioned in this complaint, Plaintiff Clayton possessed ("possesses") evidence ("information and/or documentation) showing that defendants, Shelley T. Milton, Tyson Knowles, Christopher M. Carollr, Ian P. Kemp, Oncuton Bridges, Pretrillion Whipple, D. Vaught, Rashon & Montorivill, Edwar at Loyd, Ceris, Joe Ivey, Unit Manager Giess, Warden Toby, Warden Sikes, Roger Allen Chalmers, Historie Sikes, Taylor filed false and misleading evidence (" information and document customary to the information, with the court, regarding grievances and grievances appeals involving filed by us in the State wide grievance system as governed by beauru Department of Correction G.W. Policy Placement of inmates in the Administrative Segregation and unlawfully, among other things.

2. On the date of the events ("incidents") relating to count 1 below, Defendants engaged in a meeting ("conference meeting or less private and secret meeting) when they entered into the agreement mentioned below relating to count 1 below and discussed facts about laws suits and grievances plaintiff Clayton filed.

3. Each defendants actions ("unconstitutional actions") against ("toward") plaintiff Clayton mentioned in this complaint and not mentioned in this complaint was done in retaliation to the grievances ("and lawsuits) plaintiff Clayton filed prior to this lawsuit(s) concerning conditions in plaintiff Clayton confinement in a deliberately effort to take ("harm") plaintiff Clayton from exposing the evidence ("documents and her information") to the wrong(s) person(s) or evidence documents and information ("mentioned above that Clayton have knowledge of and possessed ("possesses) relating to their unconstitutional and unlawful actions, and became they feared (kernin) that if the evidence mentioned above to brought to the light ("attention") of the wrong(s) person(s), they would be placed in such lose their careers, family or much worse things) and they did want to risk ("loss of them") 

STATEMENT OF CLAIM (TWO)
FACT(S)

COUNT 1
Plaintiff Clayton v. Defendant Brooks

4. On a date between February 03, 2024 and the time of the filing of this complaint Defendant Brooks, Tyrone Oliver, Brian P. Kemp, Shelley T. Milton, Roger Allan Chalmers, Matterw Bridges, Rashend a Mitchell, Pretrillion Whipple, D. Vaught, Kitchen staff member Brown, Sergeant Rogers, Christophe M. Carr, Warden Toby Unit Manager Gier, Warden Sikes, Jimmy Kellom, Earl Anthony Wright, Correctional officer Duplin, Corrections Office Clayton, Sergeant Clayton, Counselor Newton, Lt Branon, Lt Chalmers, New Program Lt Jackson, MSP, ISP and Ila Davis, Dluck, Jellies George Ivey, Edwa at Floyd, Cert Team Logan, Staff member Hall, An ber John Doe No. 1-2, Captain Pope Deputy Warden of Security Matchers and John Doe 3, Deputy Warden of Security Ricky Wilcox, Regnol Director Sikes, Taylor, Hitcher, Terrance White, entered into a agreement to hill plaintiff Clayton or have plaintiff Clayton and to imprisoned ("confine") plaintiff Clayton in the Administrative Segregation Unit forever or indefinitely until plaintiff Clayton is killed or until prison is release from prison.

5. In furtherance of this agreement mentioned above, Defendant Brooks under the direction of and act in concert with her co-defendants mentioned above, escorted and locked plaintiff Clayton inside of the Kitchen with several GD affiliated gang members, which included but are not limited to Defendant GD affiliated gang members, Floyd, &, John Doe No. 1 and John Doe No. 2, so the said GD affiliated inmates could kill plaintiff Clayton.

6. At all times relevant to this date, Macon State Prison, Hancock State Prison, Telefair State Prison, and several other prison on Ground Georgia was on emergency lockdown and restricted movement, due to the excessively and substantial amount of GD affiliated gang member inmates ("gang members") being stabbed or have killed by a number of (GF) affiliated gang members also known as ("YMF or/and Young male & family etc) and the excessively and substantial number of GD affiliated gang members would be stabbed and killed by the GD affiliated inmates, inmate killing a member of YMF affiliated gang member being stabbed or have killed by the GD affiliated inmates, inmate killing so there prior "due to an ongoing war between the two (2) gangers,

7. At the times relevant to defendants actions ("unconstitutional actions) or/and misconduct or less mentioned above, Defendant Brooks and her co-defendants mentioned in paragraph one all above, knew of the risk(s) relating to plaintiff Clayton as being classified ("validated) as a member of the gang known as GF at the time and prior to the time of her escorting and locking plaintiff Clayton inside of the kitchen on this date. Defendant Brooks intends to Defendant Brooks deliberately and callous indifference to plaintiff Clayton safely lead to the injury plaintiff Clayton sustained ("suffered or less experiences") the injury and harm plaintiff Clayton sustained ("experienced and/-sustained") from the kitchen as a result incidents relating to count 2 herein this complaint.

LEGAL CLAIM

Plaintiff Clayton realleges and incorporates by reference paras, phs, 1-7

8. Defendant Brosha, acting under color of state law in concert with her co-defendants violated plaintiff Clayton's rights under the First, Eighth, Fourteenth, Amendment to the United States Constitution, by voluntarily and knowingly exposing plaintiff Clayton to danger and let plaintiff Clayton in the kitchen of Macon State Prison by (where she) her, escorting and locking plaintiff Clayton inside of the kitchen with several GD affiliated inmates knowingly that the GD would exhaust going to assault plaintiff Clayton in an attempt with the intent and of trying to bully and harm Clayton as punishment and in retaliation for grievances, and lawsuits by plaintiff Clayton, filed concern in conditions of plaintiff Clayton confinement. Defendant Brosha's actions constitute an retaliation and violated plaintiff Clayton rights under the state of Georgia Tort's was caused plaintiff Clayton pain, suffering physically in jury, emotional distress, humiliation, embarrassment is among others that is this set where included but not limited to.

STATEMENT OF CLAIM (THREE)

COUNT 2

Plaintiff Clayton v. Defendant GD affiliated gang members, Floyd, E, John Doe No. 1 and John Doe No.

9. On the same date of the events in relating to count one when in this complaint Defendants GD affiliated gang members Floyd, E, John Doe No. 1 and John Doe No. approached plaintiff Clayton in the unsupervised area of the kitchen shortly after Brosha's locked plaintiff Clayton inside of the kitchen, and used excessive force against plaintiff Clayton for grievances, and lawsuits, plaintiff Clayton filed concerning conditions of plaintiff Clayton confinement, by stabbing and beating plaintiff Clayton, repeatedly with prison made knives, until plaintiff Clayton became unconscience and urinated on himself

10. While stabbing and beating plaintiff Clayton with the prison made knives, Defendant GD affiliated inmate Floyd stated aloud (out loud) Mrs. Roger, Brown, Davis and that lawyer bitch, said make such we get them documents, receipt, cause shit, because he got them on him, because his cell was cleared, whose on guard John Doe No 3, stated out loud (cloud) hurry the fuck up and kill that grievance lawsuit, snitch and that lawyer promising us, and then at or about this time Defendant Muslim John Doe No. 3 stated aloud (out loud) we got to go all lockies like someone coming this way, and at or about this time Defendant of GD affiliated gang members, Floyd, E, John Doe No 1 and John Doe No continued on stabbing and beating plaintiff Clayton until plaintiff Clayton became unconscious and urinated on himself

11. Plaintiff Clayton sustained ("experienced and suffered") punitive Injury, lose of semen and extreme amount of blood, extreme emotional distress, mental health issue, complication of ongoing hyperacidity and troubled burning, permanently (acute), wounds and multiple in his head and body and body and cuts, contusions, observation, ongoing chronic headaches, the chronic pain, embarrassment, humiliation, harm to plaintiff Clayton name and reputation, severe shock to the nervous system, ongoing, lose of strength in his legal

LEGAL CLAIM

12. Plaintiff Clayton realleges and reincorporate by reference paragraphs, 9-11

13. Defendant's GD affiliated gang member's, Floyd, E, John Doe No 1, and John Doe No 2, acting under color of state law, as an interim guard to CDOC at Macon State Prison, violated plaintiff Clayton rights under the Eighth, Fourteenth, First, Amendment to the United State Constitution, and the state tort laws of Georgia by maliciously and sadistically using excessive force and unreasonable force against plaintiff Clayton for the very purpose of causing plaintiff Clayton harm by stabbing and beating plaintiff Clayton repeated by with knives inside of the kitchen with the intent and of killing plaintiff Clayton as punishment and in retaliation for grievances and lawsuits plaintiff Clayton filed concern in condition of plaintiff Clayton confinement and there actions violated and constitutes assault and battery and violated plaintiff Clayton rights under the state tort laws of Georgia.

STATEMENT OF CLAIM (FOUR)

COUNT 3.

PLAINTIFF V. Defendant Jeffies,

14. On or about February 08, 2024, when plaintiff Clayton returned from (RTS) Hospital back to Macon State Prison, defendant Jeffies acting in concert with or/and under the direction of his co-defendants mentioned in paragraph one 11, here in this complaint, housed plaintiff Clayton in the Administrative Segregation unit in a cell in the Administrative Segregation unit, and placed plaintiff Clayton on disciplinary Isolation AdX as forever (for an indefinitely amount of time) until plaintiff Clayton is killed or released from prison as part of the agreement mentioned th paragraph one 11 in reply to count one herein this complaint as punishment and in retaliation for the grievances plaintiff Clayton filed concerning condition of

confinement. For more than three hundred and sixty five days, plaintiff Clayton have been housed in the administrative segregation unit(s) on the disciplinary isolation status beginning from the date on or about February 6, 2024 when plaintiff Clayton

15. While being in the administrative segregation unit(s) on the disciplinary isolation status involuntary Defendant(s) Brooks, Earl Anthony Wright, Jimmy Kellon, Branch, Lt. Chalmers Mailroom staff member Hall, Anita Davis, Jellies, Cert-Team Logan, Jackson, Wilcox, McFarlance, Pope, Deputy Warden of Security Hutcheson, Harris, Kellon visited plaintiff Clayton at plaintiff Clayton assigned Administrative Segregation unit cell.

16. Defendant(s) Brooks, Earl Anthony Wright, Jimmy Kellon Captain or Lt. Branch, Lt. Chalmers Mailroom staff member Hall, Anita Davis, Jellies, Cert-Team Logan, Jackson, Wilcox, McFarlance, Pope, Deputy Warden of Security Hutcheson, Harris, Warden Sales, Duplis, Cert-Team John Doe(s), Disciplinary Investigator and Black Caviar intentionally and maliciously held plaintiff Clayton in the Administrative Segregation unit(s) on disciplinary isolation for the very express purpose(s) of having plaintiff Clayton in an area so they could harass, set and try to kill plaintiff Clayton or/and have plaintiff Clayton as punishment and in retaliation for the grievance(s) and lawsuit(s) plaintiff Clayton filed concerning the conditions of plaintiff Clayton. Total plaintiff Clayton have been confined in the Administrative Segregation unit for more than three hundred and sixty five (365) day(s) and counting (+) beginning on the date on or about February , 2024 (see Attachment Exhibit(s) 1 through 5)     LEGAL CLAIM

17. Plaintiff Clayton re-allege and incorporate by reference paragraph(s) 14-16

Plaintiff Clayton's rights under the United States Constitution have been violated. Defendant(s) Brooks, Wright, Kellon, Branch, Lt. Chalmers, Hall, Davis, Jellies, Logan, Jackson, Wilcox, McFarlance Pope, Garrett, Hutcheson, Harris, Sales, Duplis, Cert-Team John Doe, Disciplinary Investigator, Mailroom Sergeant Tucker, Williams Silvia(s), Correctional officer Clayton violated plaintiff Clayton First Eighth, Fourteenth, rights under the United States Constitution when they willingly acquiesced with their Co-defendant(s), on housing and subject, plaintiff Clayton to live (housing in a/one house, etc) in the Administration Segregation unit(s) on the disciplinary isolation(s) status is a trouble maker etc. Instead of Protective custody (safekeeping status) to his safety for the very purpose of having plaintiff Clayton in an area where they could set up and try to kill, etc. to plaintiff Clayton for the grievance(s) and lawsuit(s), plaintiff Clayton filed concerning conditions of plaintiff Clayton and then when violated plaintiff Clayton under the law of Georgia for false imprisonment

STATEMENT OF CLAIM (FIVE

COUNT4

18. Plaintiff Clayton v. Jimmy Kellon and Defendant Earl Anthony Wright

19. On another date during plaintiff Clayton more than 365+ days confinement in the Administrative Segregation unit, plaintiff Clayton was escorted inside of the Intake ("I.D") area at Telfair State Prison. While in the I.D ("intake") area while at Telfair State Prison, Defendant Earl Anthony Wright used excessive force against plaintiff Clayton and Defendant Jimmy Kellon used excessive force against plaintiff Clayton by tightening the handcuffs around ("on") plaintiff Clayton wrist so tightly plaintiff Clayton arm(s) and/or wrist(s) began bleed and swell as punishment and in retaliation for the grievance(s) and lawsuit(s) plaintiff Clayton filed concerning conditions of plaintiff Clayton confinement

20. While Wright was tightening the handcuffs on (around) plaintiff Clayton arms or/and wrist(s) Defendant Wright stated to plaintiff Clayton you going to learn about filing lawsuit(s) and grievances at this prison we are not having all that bullshit here at Telfair State Prison. Wright also stated this Clayton again, when Wright was snatching, use, prong the repeatedly all plaintiff Clayton body.

21. On this same date Defendant Wright used excessive force against plaintiff Clayton in retaliation to the grievance(s) and lawsuit(s) plaintiff Clayton filed concerning conditions of plaintiff Clayton confinement by intentionally and maliciously snatching the use, prong (repeatedly) from ("on") plaintiff Clayton body.

22. Plaintiff Clayton suffered (sustained) and experienced) permanently extra numbness to his arm and/or wrist from the actions of Kellon and Wright tightening the handcuff(s) around ("on") plaintiff Clayton arms and/or wrist an experimentally use prong marks to the skin of plaintiff Clayton body snatched from plaintiff Clayton body and great pain, humiliation, and pain and extreme emotional distress and high blood pressure

LEGAL CLAIM(S)

23. Plaintiff Clayton re-allege and incorporate by reference paragraphs 18-22

24. Defendant Jimmy Kellon and Earl Anthony Wright acting under color of state law violated plaintiff Clayton Eighth, Fourteenth, First and Fifth, Amendment rights under the United States Constitution and the law of state of Georgia when ("by") they ("then") using excessive and unreasonable force

upon plaintiff Clayton by tightening the handcuffs on and twisted plaintiff Clayton's arm(s) and wrist(s) which is S D C intake) maliciously and sadistically for the very purposes of causing plaintiff Clayton to harm causing plaintiff Clayton to suffer permanently cut(s) mark(s) to plaintiff Clayton arm(s) and/or wrist, causing plaintiff Clayton to experience high blood pressure, to suffer great pain, and other humane injuries which include(s) but not limited to extreme emotional distress and on going anxiety etc.

## STATEMENT OF CLAIM (SIX)

COUNT 5

Plaintiff Clayton V. Jimmy Kellom and Earl Anthony Wright, McFarlane, Wilcox, Jackson and Stewart

25 Defendants Jimmy Kellom, Earl Anthony Wright, Andrew McFarlane, Ricky Wilcox, Cedrick Jackson, Vernorcio Stewart and at the direction(s)/act(s) in concert with their co-defendants mentioned in paragraph one(1) entered into a additional agreement on or about February 23, 2024, to fabricate an elaborated story/cover-up the violation(s) of plaintiff Clayton's rights relating to the intake assault in custody and to fabricate an elaborate story about the event(s) relating to the intake assault in order to include plaintiff Clayton housing in the administration Segregation unit amongst others. This act which included but are not limited to the use of excessive force in incident(s) involving Kellom and Wright et cetera against plaintiff Clayton is S D C intake.

26 Defendants Jimmy Kellom, Earl Anthony Wright, Andrew McFarlane, Ricky Wilcox, Cedrick Jackson, Vernorcio Stewart & Lt. Chalmers under the direction(s) of and/or acting in concert with their other(s) co-defendant(s) mentioned in paragraph one(1), entered into an agreement on a date after April 22, 2024, where plaintiff Clayton filed a number of grievances about the use of force incident(s) involving him, Kellom and Wright, to prepare and have other(s) to prepare false information in document(s) to cover-up the violation(s) of plaintiff Clayton rights Jimmy to count one(1) through 4 and 1(s) through thirteen (13), Jimmy Kellom, Earl Anthony Wright, Andrew McFarlane, Ricky Wilcox, Cedrick Jackson, Vernorcio Stewart, Jeffries, Bloch, Lt. Chalmers Roger Mac Chalmer, Tate, Kirwinlee, Matthew Bridges, Shelby J. Mitten, Christopher McCurry, Captin Branch, Sergeant Rhodes, Unit manager Harrell, Greg Toby, Edward Floyd, Gerse Zug, entered into agreement on a date after April 22, 2024, after plaintiff Clayton filed a number of grievance(s) into having twenty seven to file statements during this like sale on the date at light 22 April 16, 2024 in counts relating to count 4 involves, Kellom, Wright and Clayton, to create false information evidence in also count relating to counts 1 through 4 and count 13) and all of them, this complaint to cover up the event(s) relating to count 1 through 4 and count(s) 10 and 13. As part of the agreement false disciplinary report and fabrication was drafted in a number of documents by Lt. Chalmer, Kellom, Jeffries, Broshay and placed in plaintiff Clayton's prison record(s) for review for the parole decision(s) for my release, and to be use as just secretary count(s) there et cetera (staking and this agreement resulted in the deprivation of plaintiff Clayton constitution rights under the eight fourteenth, third, fifth and eighteen

## STATEMENT OF CLAIM (SEVEN)

COUNT 6

PLAINTIFF VS. JIMMY KELLOM

27 On a date after the assault of Clayton filed the number of grievance's (concerning the event(s) relating to the use of excessive force involving) plaintiff Clayton, Kellom and Wright on April 16, 2024 Defendant Jimmy Kellom came to plaintiff Clayton assigned administrative Segregation unit cell in the administration Segregation unit and without warning and without cause, used excessive force against plaintiff Clayton in retaliation for grievances and law suit(s) plaintiff Clayton filed concerning condition(s) of plaintiff Clayton confinement, by spraying O.C spray into the face, mouth, eye(s) of plaintiff Clayton and onto plaintiff Clayton body through plaintiff Clayton's thus assigned Administrative Segregation unit(s) cell door(s) flap, after Jimmy Kellom unlocked (unsecured) and opened the Administrative Segregation unit(s) cell door(s) flap when it was close.

28 While Jimmy Kellom was standing at plaintiff Clayton assigned Administrative Segregation unit cell, Defendant Jimmy Kellom stated aloud (out loud) to plaintiff Clayton, Hey Clayton, we got that grievance you just filed against us, remember what I told you the other(s) day we are going to make your life hell at Telefair State Prison, mother fucker, since your filing

all these grievances and lawsuits and shit, about what we are and are not doing at these prisons from the O.C spray, Plaintiff Clayton experienced high blood pressure, severe skin burning, rashes, blindness in this eyes, and burning in his lungs. Plaintiff Clayton have also been living in constantly fearful life and in that box will be killed as an proximate and direct result(s) of Jimmy Kellom use of excessive force(s) and threat(s) and comment(s) toward Clayton said above, (to the others, events) relating to this regard(s) each count(s) mentioned here in this complaint because Jimmy Kellom is in the position of carrying threats and moving other(s) to kill plaintiff Clayton and/or have plaintiff Clayton killed and made ("make") it look like an mistake("accident") and he didn't have anything to do with it, if I'm killed & dead

## LEGAL CLAIM

29 Plaintiff Clayton reallege and reaver parole by reference paragraph

30 Defendant Jimmy Kellom violated plaintiff Clayton rights under the Eighth, First, Fourteenth Amendment while acting under color of state law, when he (by) using excessive force and wanton use force again(st) plaintiff Clayton for filing grievance(s), and lawsuit(s) by spraying plaintiff Clayton eye(s) with O.C spray without warning and without cause, during the time plaintiff Clayton which plaintiff Clayton have been in the Administration Serve, tion under(s), and constituted, assault and battery, agg. assault under the State's law of Georgia (Tort) and caused plaintiff Clayton to suffer pain, suffering, extreme emotional distress, rashes, blindness in the eye(s), burning in thin lungs high blood bleed(s) and cure evil(s) caused plaintiff on Clayton serious mental health illness, which include(s) but are not limited to nightmare(s) about him killing me, the harm thoughts(s) of killing myself and other risk inflicting cut(s) in my body (see Exhibit(s) 1-7
### STATEMENT OF CLAIM (Eigth)
### FACT(S)

COUNT 8

Plaintiff Clayton v. Kellom and Wilcox

31 Then after the events relating to count same (7), previously indicated here in this complaint, Defendant Kellom, and Wilcox, made attempt to have plaintiff Clayton killed or lead to kill plaintiff Clayton in retaliation for the grievances and lawsuits the plaintiff Clayton filed concern, tiny condition(s) of plaintiff Clayton confinement, on a date in late December or, early or mid January 4 2024 or in late December 2024 or, early or mid January 2025, by relocating ("moving") plaintiff Clayton to another Administration Serve, tion and (cell) in the Administrative Serve, in the unit a) with another GD affiliated inmate ("gang member") that ("who") was (is) affiliated with the same Gang known with Clayton & GD, as the inmate(s) that stabbed and beaten plaintiff Clayton repeatedly will prison made between this had been. On this one prior to Kellom and Wilcox placing plaintiff Clayton inside of the cell with that inmate that involved told Kellom and Wilcox, he didn't want me to be his cellmate because he just got in to an physical alter cation with one of plaintiff Clayton gang affiliated inmate(s) that he believed Clayton or was affiliated with, and told Kellom and Wilcox that if they moved plaintiff Clayton inside of the cell with him he was going to Kellom. After Kellom and Wilcox was told there by the inmate, Kellom sprayed O.C spray inside of the cell that he was moving me into and then went inside of the cell and left several twice, and locking out others inside the cell inside of the other inmate locker box and or his bunk ("ass") and bed so he could to kill plaintiff Clayton with, which being placed inside of the cell with this new cellmate, Kellom stated to plaintiff Clayton new cellmate, "if you do this job, right(s) you will be awarded good I promise and I left your cell in the locker box and or your bed

32 After being placed in the cell with this inmate, this inmate out of no where, stated to plaintiff Clayton you don't need to be filing all that lawsuit and grievance shit in here with me, you need to move it you is, because I don't have time to be sitting here or ssee I will lose my lawsuit. I know now they play the game

33 On the same date or a day or two later, plaintiff Clayton got the lock Kellom left behind and some of the inmate mental Kellom left inside of the cell for the inmate to kill plaintiff Clayton with and throwed the lock and inmate outside of the door slop while officer Garrett was doing rounds,

34 The next day or two for shower call, defendant Garrett acting under the direction(s) of Kellom and Wilcox or/and acting in concert with defendant Kellom and Wilcox to have plaintiff Clayton killed or to kill plaintiff Clayton told plaintiff Clayton to turn around to be handcuff(s) to go to see the nurse or doctor and to the shower(s), Plaintiff Clayton did as he was told.

35 Then Garrett open the door and escorted plaintiff Clayton out then stated oly now me you the wrong person and I will get you for show next time, opened plaintiff Clayton assigned cell door, while plaintiff Clayton arm and wrist(s) of what is restraint(s) restrained in handcuff(s) and which plaintiff Clayton assignee was not in no restraint(s)

...Garrett with some kind of hard metal until plaintiff Clyth became unconscious and until his self. Plaintiff Clyth with sustained permanently lose of two or his gold tooth(s), severe shock to the nervous system, from this incident.

LEGAL CLAIM

36 Plaintiff Clyth re-alleges and incorporate by reference paragraphs.

37 Defendant Garrett acting under color of state laws, and acting in concert with his co-workers Kellon, Wilbox, violated plaintiff Clyth's Eighth, Fourteenth, First Amendment to the United States state Constitution by whatever(?) opening plaintiff Clyth's cell so plaintiff Clyth assigned could escape their cell doors without restriction plaintiff Clyth's cell so plaintiff Clyth assigned could help plaintiff Clyth in as, Garrett Wilbox, Kellon area plaintiff Clyth assigned cell mate planned ("plotted etc.") his punishment and in retaliation for the grievance and lawsuits plaintiff Clyth filed concerns conditions against Clyth conditions of his confinement. Individual plaintiff Clyth undo the bleed effort for Garrett.

38 Plaintiff Clyth re-alleges...

39 Defendant Ricky Wilbox and Kellon, violated plaintiff Clyth's rights under the First, Eighth, Fourteenth Amendment when they [by] them, house plaintiff Clyth in the cell with their inmate, knowing that it was when locking other inmate was going to try to kill and assault plaintiff Clyth

STATEMENT OF CLAIM (NJW)

COUNT 9
Plaintiff Clyth, VS. Jimmy Kellom, Captain Branch, Lt. Chalmers,

40 On September 30, 2025 several inmates escaped their assigned cell in the Administrative Segregation unit(s) on which plaintiff Clyth was housed to kill plaintiff Clyth for defendant Kellon, Lt. Branch etc, Jimmy Kellon, Earl Anthony Wright, Nate Sergeant Tucker, Warden Andrew McFarlane, Ricky Wilbox, after Defendant Lt. Chalmers, Jimmy Kellon, Earl Anthony Wright and Ricky Wilbox, intentionally left their cell or Clyth's assigned Admin Segregation unit cell(s), unsecure ("unlock") or/and unsecurely improper so they could escape their cell to kill plaintiff Clyth, as planned by them.

41 On this date the several inmates intended to kill, Plaintiff Clyth as directed by Defendants Kellon, Wright, Lt Chalmers, Captain Branch, Warden Andrew McFarlane, and Ricky Wilbox because of a previously pending lawsuit plaintiff Clyth filed against Jimmy Kellon, and for grievance and other(s) lawsuit plaintiff Clyth filed concerning conditions of plaintiff Clyth confinement. One of the several inmates mentioned above was named J. J.

42 On this date after J. J and the other several inmates escaped their cell(s) with the help of Kellon, Garrett, Wright, Lt. Chalmer, Ricky Wilbox, leaving the cell(s) open or unsecured, J. J and the several inmates come to plaintiff Clyth assigned cell in the Administrative Segregation unit, under the supervision/management of Lt Chalmer, Jimmy Kellon, Ricky Wilbox, and which they was at plaintiff Clyth assigned cell, several of the inmates broke inside or plaintiff Clyth assigned cell and/or opened plaintiff Clyth cell door, and inmate J. J stabbed Plaintiff Clyth repeatedly with a knife and beat Clyth repeatedly with a metal pole. After J. J. Finished attacking Plaintiff Clyth, J.J. Stated, this is a message from Defendant Kellon, mother fucker he told me to tell you that... he was going to get your ass. Plaintiff Clyth sustained a broken arm from this incident.

LEGAL CLAIM

43 Plaintiff Clyth re-alleges and incorporate by reference paragraphs

44 On September 30. 2025, Defendant Kellon, Lt. Chalmers, Jimmy Kellon, Earl Anthony Wright Ricky Wilbox, violated plaintiff Clyth's rights under the First, Eighth, Fourteenth Amendment to the United State Constitution, by or when they helped J. J. and several others into escape their assigned cell so they could kill plaintiff Clyth, while plaintiff Clyth was being housed in the Administrative Segregation unit so they could kill plaintiff Clyth for Kellon, Wright keeping the 365 + days in Administrative Segregation or so they could kill plaintiff Clyth for Kellon, Wright, Chalmers, Branch, Tucker,

STATEMENT OF CLAIM (J EN)
(FACTS)

COUNT 10
Plaintiff Clyth V. Jimmy Kellon, Lt. Chalmers, Captain Branch,

44 On September 31, 2025 or January 01, 2026, Plaintiff Clyth told Lt. Chalmers, and Jimmy Kellon about being discussed during the incident mentioned above and about my broke arm. After plaintiff Clyth told Chalmers and Kellon about the incident defendants Kellon and Lt Chalmers, and Captain Branch entered into an agreement to fabricate a false a elaborate story about plaintiff Clyth was observed on the surveillance camera, will trying to escape and tampering with the locks, both door(s) causing the door to open

45 As part of this agreement Lt. Chalmers falsely alleged that during the incident in relating to plaintiff Clyth be attacked by J. J. and the several others inmates, plaintiff Clyth was tampering with the locks to his cell assigned cell, and attempt to escape...

46 In furtherance of this agreement mentioned above Lt. Chalmers, and Jimmy Kellon, as well to present false incident and disciplinary report(s) document's there fabricated account of the incident. As an overt act Lt. Chalmers and Jimmy Kellon prepared false incident report(s) and disciplinary

document any of the obstruction and destroyed and recorded over the surveillance camera of one of the video(s) showing the true fact(s) of the incident(s)

47 Defendant Kellum and Lt. Chalmers agreement and the actions taken in furtherance of that agreement resulted in the deprivation of plaintiff Clayton rights & constitutional rights his/under the Fourth, Fifth, Eighth, and Fourth Amendment

48 Plaintiff Clayton suffered loss of privilege(s), access to visitation, telephone etc. for two hundred and eighty day (8 DJ as a direct and proximate result of the conspiracy, along with suffering other(s) harm which includes but are not limited to harm to plaintiff Clayton harm reputation

## LEGAL CLAIM

48 Plaintiff Clayton realleges and incorporate by reference paragraphs

Defendants Chalmers, and Jimmy Kellum violated plaintiff Clayton rights under the First Eighth, Fourteenth, Amendment to the United States Constitution whether (& by) conspiracy to lab the state false statement(s) (& "lie") in the incident and disciplinary reports against plaintiff Clayton for plaintiff Clayton filing grievances and lawsuits, or prior acts occurring or concerning events in all of plaintiff Clayton confinement and to cover up their involvement relating to the incident involving plaintiff Clayton being, attacked or the retaliation so-called whereunto, under their maximum extend supervision,

### STATEMENT OF CLAIM (ELEVEN) (11)
#### FACT(S)

COUNT 11

Plaintiff Clayton vs. all defendant(s) for labeling and spreading rumor(s) that plaintiff Clayton is "world a snitch.
50 During that time period encompassing these event(s) relating to count 11 through here in this complaint, each of the defendant repeatedly told other(s), Georgia Department of Correction (GDOC) employee(s) and but tried others inmate(s) that plaintiff Clayton was filing grievances and lawsuit(s) in an effort to incite them to kill plaintiff Clayton or harm plaintiff Clayton.

### LEGAL CLAIM

51 Plaintiff Clayton

52 Each defendant(s) acted with deliberately indifference to an excessively and substantial risk of serious harm to plaintiff Clayton safety, by telling other(s) inmate(s) and GDOC Department of Correction the employee(s) plaintiff Clayton was a snitch in a sole hearted effort to hurt plaintiff Clayton killed or harm to kill plaintiff Clayton

53 In prison being label as anything or snitch, or (an) inmate(s) that label(s) grievance(s) or that are written is concerned as being a snitch. Being exposed as a snitch pose(s) an excessive and substantial risk of serious harm to plaintiff Clayton safety and put plaintiff Clayton at an excessively and substantial risk harm of danger and being killed by other(s) inmate(s)

54 Each defendant (violated) plaintiff Clayton rights as under the Eighth, First, Fourteenth, Amendment to the United States Constitution during the time(s) period encompassing the event & relating to count 1 one through 10 and 12-13 here in this complaint, causing plaintiff Clayton to suffer at the chances (& attempt(s)) to kill(s) plaintiff Clayton made by several inmate(s))

### STATEMENT OF CLAIM (TWELFTH) (12)
#### FACT(S)

COUNT 12

Plaintiff Clayton v. Lt. Chalmers, Becky Wilcox, Captain Bruce, McFarlance, Earl Anthony Wright Oliver, Kemp, White
55 At the time(s) of the filing of this complaint, plaintiff Clayton is experiencing (suffering) an ongoing deliberately indifference, or fear that he will be killed soon.
56 At the time of the filing of this complaint, plaintiff Clayton is being housed in the same dorm with several of the same inmate(s) that broke into plaintiff Clayton assigned cell on September 30, 2025, and attacked plaintiff Clayton, Lt. Chalmers, Wilcox, Bruce(s), Wright Oliver, Kemp, White, and they reviewed the video(s) showing them that the several inmate(s) assaulted Clayton and after they reviewed the grievance(s) relating to the September 30, 2025, Inmate(s) is currently escaping from the cell and threatening to kill or because I reported the September 30, 2025 incident. Plaintiff Clayton is very likely to be killed, if these inmate(s) get the opportunity to escape & decide that we need to come to my cell again and attacked Chalmers, Wilcox, Bruce, McFarlance, Wright, have been constantly recently leaving the file(s) unsecure like on September 30, 2025, which im housed in shown with a number of the same inmate(s) that recall(s) attacked me in September 30, 2025, because of the grievance(s) and lawsuit(s) plaintiff Clayton filed. Security in a cium a November 30, 2025, Defendant(s) & the same inmate that was involved in the initial assault incident as been shot in, injured a number of the several inmates, door so they could successfully kill plaintiff Clayton but when the several inmate(s) escaped from the cells

STATEMENT OF CLAIM(S)

**COUNT THIRTEEN (13)**

Plaintiff Clayton V. Tyrone Oliver, Brian P. Kemp, Warden Sales, Warden Andrew McFarlane

57. After each of the events relating to counts 1 through 12, Plaintiff Clayton filed a number of confidential grievances, beginning the legal process ("proceedings") required by the PLRA, before filing ("prior to etc.") filing any lawsuits, concerning each/both of plaintiff Clayton's confinement relating to this case in a timely manner as indicated on the SOP Policy.

58. As part of a scheme to keep plaintiff Clayton from successfully proceeding further with the legal proceedings, some of Plaintiff Clayton grievances relating to plaintiff Clayton claim(s) was not processed properly by Tyrone Oliver, Brian P. Kemp, Warden Sales, Warden Andrew McFarlane because they was intending for Plaintiff Clayton to be dead by now, from the results of one of these or assuming ("assured") incidents mentioned and not mentioned here in this complaint.

59. As part of the scheme, some of plaintiff Clayton evidential grievance was not processed over, before/after plaintiff Clayton filed some of the grievances concerning condition(s) of plaintiff Clayton confinement, therefore violating plaintiff Clayton's right(s) under the First, Eighth, Fifth, and Fourteenth Amendments to the United States Constitution, and/or rights under the state tort laws in Georgia to access to court or to plaintiff Clayton right(s) to access to the court.

60. This scheme, policy, custom and practice etc. was designed by Oliver, Kemp, Sales, McFarlane because it was a state wide decision, with not only with plaintiff Clayton but with several other inmates.

61. The policy mentioned above, to not use of all prison(s) around Georgia, Oliver, Kemp, Sales, McFarlane, have made another unlawfully policy ("custom (s)") etc. regarding grievances being filed that is unwritten, and have different procedure(s) as how to properly exhaust and/or strike renidle.

62. Plaintiff Clayton re-alleges and incorporate by reference paragraphs ("para's") 58-63.

63. Defendant(s), Oliver, Kemp, Sales, McFarlane, and others violated plaintiff Clayton's right(s) under the First, Eighth, and Fourteenth Amendments to the United States constitution, and the tort in the State of Georgia to due process etc. when they ("by them") not providing plaintiff Clayton notice(s), or the new grievance policy was/and changed/changing plaintiff Clayton notice of the change(s) to the grievance policy among other things.

## 15. PRAY FOR RELIEF ("RELIEF REQUESTS") (CONTINUED)

63. Plaintiff Clayton seeks a preliminary and permanent injunction order by defendant(s) Oliver, Brian P. Kemp, Sales, McFarlane, to cease their illegal actions of interfering with plaintiff Clayton, requirement under the PLRA, relating to properly filing a grievance(s).

64. Plaintiff Clayton seeks compensatory damages jointly with an amount between 20,000 and twenty (20) million dollars against Oliver, Kemp, Sales, McFarlane for interfering with plaintiff Clayton requirement under the PLRA for his state tort(s) claim(s) relating to false imprisonment with Administrative Segregation unit(s), retaliation, negligence etc. as well as a battery claim(s) relating to this lawsuit(s) stemming from the events mentioned and relating to counts.

65. Plaintiff Clayton seeks a jury trial on all issues triable by a jury.

65. Plaintiff Clayton seeks an injunction and order(s) defendants Oliver, Brian P. Kemp, McFarlane and others acting in concert with them, from incarcerating plaintiff Clayton in any prison in Georgia until they can guarantee ("provide") plaintiff Clayton greater protections for his safety.

66. Plaintiff Clayton seeks an immediately injunction ordering plaintiff Clayton to be released from prison and to be housed in an area closer to his family and friend(s) not around any other inmate(s) due to defendant(s) retaliating plaintiff Clayton as a snitch, and plaintiff Clayton will safely without a way(s) be a common target/danger of being killed by any other(s) inmate at any given time in the future.

67. Plaintiff Clayton seeks compensatory damages for 100 ("one hundred") dollar(s) or more for each of the three hundred and sixty five (365) days or counting in the Administrative Segregation unit(s) that plaintiff Clayton had to suffer living on the disciplinary Isolation status instead of protective custody status unit ("safe housing") status due to his life being in danger.

68. Plaintiff Clayton seeks immediate and an emergency injunction ordering twenty 24 hour surveillance of plaintiff Clayton, because plaintiff Clayton is currently facing the excessive risk and substantial ongoing risk of being killed due to defendant(s) telling other inmate(s) and guards etc. plaintiff Clayton is ("was") a snitch and plaintiff Clayton is currently at the time of the filing of this complaint being housed in the same dorm with administrative Segregation unit(s) with inmate(s) that was involved in the September 30, 2025 attack incident, and inmate(s) still or who in unit(s) is still excepting from their assigned cell in the Administration Segregation unit where the Administration Segregation unit is left unattended ("supervised").

69. Plaintiff Clayton seeks a declaration that he acts/committed how in violation his right(s).

70. Plaintiff Clayton seeks nominal damage(s) for the violation of his rights, Plaintiff Clayton demand a jury trial on all issues in a jury.

71. Plaintiff Clayton seeks immediately dental, medical treatment, Mental Health treatment for his injury(s) from an hospital considered/treated to and replace some of the damage(s) he suffered from events mentioned herein.

72. Plaintiff Clayton also seeks any additional relief this ("the") court deem(s) proper, just and equitable.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Mrs. Bruce and Damield on the date with the kitchen assault incident

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

WHEREFORE plaintiff Clayton seeks nominal and punitive damages from defendant Brooks, for her exposing plaintiff Clayton to the kitchen assault incident). Plaintiff Clayton seeks compensatory damages in the amount between $200,000 and a million dollars/against defendant Brooks, CO Nichols, Nichols, Floyd, Ey and John Doe No 1 and No 2 for the physical injuries, emotional distress, and other harm injuries plaintiff Clayton sustained stemming from the kitchen assault incident relating to count two (2). Plaintiff Clayton seeks an preliminary and permanent injunction ordering defendant to stop telling other inmates and guards that plaintiff Clayton is snitching on them. Plaintiff Clayton seeks an preliminary and permanent injunction order to defendant(s) to remove plaintiff Clayton from being on the disciplinary isolation status

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 23 day of January , 20 26 .

_____
PLAINTIFF

CONFIDENTIAL

Attachment 1
5/10/19

## Offender GRIEVANCE FORM (Facsimile)

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME _Earnest Clayton_     OFFENDER NUMBER _957639_

INSTITUTION _Telfair State Prison_     GRIEVANCE NUMBER _TVL 387687_

DATE COMPLETED FORM RECEIVED FROM OFFENDER _10/3/25_ BY

_Keeton_

DATE APPEAL RECEIVED _____ BY _____

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: On September 30, 2025, Captain Branch ("Captain") used force against Earnest Clayton-957639 that is or was NOT alignment with the letter of or the intent of or the purpose of GDC written policy(s) or procedure(s), by spraying Earnest Clayton 957639 in his face and on his body with some kind of chemical or pepper a cap Sham or OC spray when Earnest Clayton-957639 was locked and secured an side of Earnest Clayton-957639 assigned cell in the Administrative Segregation unit(s) ("dorm(s)").

Witnesses or/and person involved Lt. Chambers, Sgt Brown, Deputy Warden of Security Jane Doe(s) Andrew Macklane, Jimmy Kellam, Earl Anthony Wright, Jermaine Whials) recording ("footage") for the above mentioned date, Sgt. Tucker on second shift local Team E-1 surveillance cam

RESOLUTION REQUESTED: Earnest clayton-957639 desires or wishes for this grievance to forward to the next level. Earnest Clayton request that the E-1 Smith surveillance camera footage ("recording") for September 30, 2025 be held ("kept") for civil Action proceed ing and investigation and civil and criminal matter(s), Earnest Clayton also request (s) ("seek(s)) compensatory and punitive damage(s), between $10,000 and 20 million dollars), along with a trial on all issue(s) triable by a jury and any additional relief deemed, just, proper an equitable

_Earnest Clayton_                  September 30, 2025
Offender Signature          Date

Is this grievance being filed within the 10-day time limit? Please answer (Yes) or No. If the answer is No, please explain why.

Exhibit
J

SOP 227.02
Attachment 12
5/10/19

     **GEORGIA DEPARTMENT OF CORRECTIONS**

**Brian P. Kemp**
*Governor*

**Tyrone Oliver**
*Commissioner*

## Rejected: Notification of Referral to the Criminal Investigations Division (OPS)

TO:     Clayton, Earnest GDC#957639
        Telfair State Prison

FROM:   Andrew Mcfarlane, Warden
        Telfair State Prison

RE:     GRIEVANCE #387687

This memorandum is in response to your grievance that was filed on **10/3/25**. Upon review, it has been determined that you failed to follow the proper procedure for filing the formal grievance; therefore, this grievance is being rejected in accordance with policy.   However, due to the nature of the allegation, an investigation is warranted.

Therefore, a copy of your grievance has been forwarded to the Georgia Department of Corrections Criminal Investigations Division on **12/22/25** for review. The Criminal Investigation Division will determine what action is appropriate. Although this letter serves as the formal response to your grievance, the investigative process is on-going.

You will be notified upon the completion of the investigation by the Criminal Investigations Division.

_____     12/29/25     *Exhibit 9*
Warden/Superintendent        Date


_____     _____
Offender    GDCID#           Date


Retention Schedule: Upon Completion, this form shall be maintained with the grievance packet for four (4) years and then destroyed.

Exhibit D EF 0035

**GEORGIA DEPARTMENT OF CORRECTIONS**

Name _Clayton, Earnest_

**Isolation / Segregation Flow Sheet**

EF or S/S No. ___957639___

Facility _MACON STATE PRISON_

Date of Birth __/__/__   Race ___   Sex _M_

File In the Miscellaneous Section of the Health Record (Section III) following release from Isolation/Segregation. *Place a " " in the appropriate box below to indicate whether the inmate is in Administrative Segregation (Admin. Seg.) or Disciplinary Isolation (Disp. Iso.).

| Date & Time | | Admin. Seg. | Disp. Iso. | Medical Problem Present When Rounds Conducted | Disposition | Signature & Title |
|---|---|---|---|---|---|---|
| 4/2 | 1015 | | ✓ | ∅ | rds. | Whitehead |
| 4/3 | 0457 | | ✓ | ∅ | rds | (Bog) |
| 4/4 | 1015 | | ✓ | ∅ | rds | Yborup C |
| 4/5 | 1010 | | ✓ | ∅ | rds | YBagne |
| 4/6 | 0955 | | ✓ | ∅ | rds | Boogh |
| 4/7 | 1120 | | ✓ | ∅ | rds | TBog |
| 4/8 | 1089 | | ✓ | ∅ | rds | Whitehead |
| 4/9 | 1040 | | ✓ | ∅ | rds | Cllast |
| 4/10 | 0983 | | ✓ | ∅ | rds | Parker |
| 4/11 | 0948 | | ✓ | ∅ | rds | Whitehead |
| 4/12 | 0858 | | ✓ | ∅ | rds | Whitehead |
| 4/13 | 1013 | | ✓ | ∅ | rw | McIlguin |
| 4/14 | 955 | | ✓ | ∅ | Rde | |
| 4/15 | 950 | | ✓ | ∅ | rds | Bogar |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

P30-0009-01 (rev. 06/00) SHEET

DO NOT WRITE ON BACK

ISOLATION / SEGREGATION FLOW

Exhibit 73

DEF0035

**DISCIPLINARY REPORT**

Attachment 11
SOP 209.01
11/06/2017
DOC50951

Telfair State Prison _____ 542 _____
INSTITUTION NAME          CODE #                                    TPM/MAX DATE

I.   Offender: Clayton, Earnest _____ Close _____ 957689
                Name: Last, First, M.I.          Security          ID Number

II.  **Offense Data:**

A.  Charge                          Code   Plea   Finding    Charge              Code   Plea   Finding
1  Failure to follow               C-15                      4
2  Instructions                     X                        5
3                                                            6

   04/16/24          1535                      Cpt C. Hill / Jimmy Kallam
        Date          Time of Offense          Signature of Reporting Official

B.  Factual Statement: Offender was instructed several times to stop talking
while being strip searched during intake and he refused to do so.

Reviewed by the appropriate supervisor: _____ Ricky Wilcox DW6 _____ 4-16-24
                                              Signature    DW6              M/o./day/year

C.  Charges served on accused: 4/16/24 1600 _____ Harper Brandon CO2
                                Mo./day/year/time            Signature of Official

III. **Investigative Report:**
A.  Summary of Investigation: _____

B.  _____    _____    _____
        Title                        Signature                   Mo./day/year

C.  Advocate's Name: _____

IV.  **Hearing Officer's Recommendation:**
     Greatest _____   High _____   Moderate _____   Low _____

     _____        _____
            Signature                     Mo./day/year

V.   **Disposition of disciplinary hearing:**
A.  Justification for Findings: _____

B.  Action Recommended: _____

C.  TPM Extension: _____    Isolation: _____

D.  Offender advised of his/her right to appeal: _____ Yes _____ No

_____        _____    _____
Signature of Disciplinary Hearing Officer    Time of Hearing      Mo./day/year

VI.  **Reviewing Officer:**

_____        _____    _____
        Signature                      Title                  mo. dy. year

                          Exhibit 47

DEF0132

**Georgia Department of Corrections**
*Telfair SP*
*170 Longbridge Road*
*Helena , GA31037*

**Mental Health Restricted
Housing Rounds**

| Patient Name<br>EARNEST CLAYTON | Patient Number<br>957639 | Booking Number<br>957639-20070206 | Birth Date<br>12/1/1979 | Date Of Service<br>4/11/2024 |
| --- | --- | --- | --- | --- |

*6/5/2024–Judgment is fair*

Behavior:   ☑ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Impulsive* ☐ *Withdrawn* ☐ *Other:*

## Diagnosis:

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
| --- | --- | --- | --- | --- |
| 02-05-2024 | Acute | External Causes | Assault by unspecified means | hospital |
| 02-21-2023 | Chronic | Psych | Schizoaffective disorder, unspecified | hospital |

## Recommendations and Follow Up Plan:

☑ *QMHP Follow-up 1x/week*

☐ *Other QMHP F/U schedule:*

☐ *Initiate Suicide Watch*

☐ *Alert Security regarding homicidal ideations*

☐ *Refer to Psychiatric Provider due to:*

☐ *Refer to Medical due to:*

☐ *Consult MH Supervisor (name):*

☐ *Abnormal findings noted. Complete progress note outlining actions to be taken*

| Form Folder and Number:<br>Mental Health MH08.0 | Form Owner: Dr.<br>Carin Kottraba | Accreditation:<br>All | Active / Last Revision Date:<br>January 20, 2020 |
| --- | --- | --- | --- |

$$Exhib, 5$$

Georgia Department of Corrections
*Telfair SP*
*170 Longbridge Road*
*Helena , GA31037*

**Mental Health Restricted
Housing Rounds**

| Patient Name<br>EARNEST CLAYTON | Patient Number<br>957639 | Booking Number<br>957639-20070206 | Birth Date<br>12/1/1979 | Date Of Service<br>4/11/2024 |
|---|---|---|---|---|

Comments on current functioning and strategies for coping in Restricted Housing:

*JII is functioning level is normal and copes with RH by reading and doing puzzles. No other concerns reported by JII. 6/5/2024-No concerns reported by JII related to current functioning/strategies for coping in RH. 8/15/24-No concern reported of negative functionality in RH 8/22/24- No MH concerns reported of inability to function/cope in RH.*

## Safety (By report and/or observation):

| | |
|---|---|
| Eating | ◉ *Yes* ○ *No* |
| Drinking | ◉ *Yes* ○ *No* |
| Condition of the cell: | ○ *Good* ◉ *Fair* ○ *Dirty* |
| Hygiene: | ○ *Good* ◉ *Fair* ○ *Poor* |

*6/5/20-No concerns reported, expressed or observed related to his safety. 8/15/24- No issues of safety reported in RH 8/22/24- No concerns of safety reported in RH at this time.*

## Mental Status Exam:

Appearance: ☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other:*

Speech: ☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other:*

Mood: ☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other:*

Affect: ☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other:*

Thought Form: ☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.* ☐ *Poverty of Thought*
☐ *Flight of Ideas* ☐ *Other:*

Thought Content: ☑ *Appropriate* ☐ *Hallucination* ☐ *Comp/Obsess* ☐ *Thought Insertion* ☐ *Broadcasting*
☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other:*

Orientation: ☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation*
*6/5/2024-OX4*

Intelligence: ☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled*
*6/5/2024-Intelligence is Average*

Memory: ☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired*
*6/5/2024-Memory is intact*

Insight: ☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor*
*6/5/2024-Insight is fair*

Judgment: ☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor*
*6/5/2024-Judgment is fair*

**Georgia Department of Corrections**
*Telfair SP*
*170 Longbridge Road*
*Helena , GA31037*

**Mental Health Restricted Housing Rounds**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| EARNEST CLAYTON | 957639 | 957639-20070206 | 12/1/1979 | 4/11/2024 |

| Date Placed in Restricted Housing (RH): | 2/8/2024 | ◉ Adult ○ Juvenile |
|---|---|---|

**Reason for RH Placement:**
*Return from medical*

**Type of Restricted Housing:**

☑ *Administrative* ☐ *Disciplinary* ☐ *Protective Custody* ☐ *Mental Health* ☑ *Other:*
*6/5/2024-Weekly MH contact in RH*

**Prior RH Placements:**     ○ Yes ◉ No

**Current Functioning:**

| | |
|---|---|
| Does patient express concern about ability to cope while in RH: | ○ Yes ◉ No |

If yes, explain:

Describe patient's attitude toward RH placement:

*JII did not express any concerns toward current RH assignment. 6/5/2024-No concerns expressed related to his inability to cope while in RH. 8/15/2024-No reported concern of inability to cope in RH 8/22/24- No MH concerns reported pertaining to his inability to cope while in RH.*

| | |
|---|---|
| Suicidal Ideation: | ○ Yes ◉ No ○ Refuses to Answer |

If yes, explain:

| | |
|---|---|
| Evidence of Self-Harm: | ○ Yes ◉ No |

If yes, explain:

| | |
|---|---|
| Have you engaged in self-harm or had thoughts about suicide in the past? | ○ Yes ◉ No |

If yes, please described the circumstances and date:

| | |
|---|---|
| Homicidal Ideation: | ○ Yes ◉ No ○ Refuses to Answer |

If yes, explain:

| | |
|---|---|
| Psychotropic Medication: | ○ Yes ◉ No |
| If yes, Adherent? | ○ Yes ○ No ○ N/A |
| Is the patient designated as a Special Needs patient? | ○ Yes ◉ No |

Comments on current functioning and strategies for coping in Restricted Housing:

Exhibit 25

CONFIDENTIAL

Offender GRIEVANCE FORM (Facsimile)

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME Earnest Clayton | OFFENDER NUMBER 957639 |
| INSTITUTION Telfair State Prison | GRIEVANCE NUMBER NA |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER 2-3-25 BY | |
| DATE APPEAL RECEIVED / / BY | |

YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES. Unit Manager, Jimmy Kellom ("Kellom") use excessive force against me by spraying me-

DESCRIPTION OF INCIDENT: On or about 01-31-2025 OR On or about January 31th 2025 On January 30, 2025. While the officer was escorting me ("Earnest Clayton -957639, my assigned cellmate assaulted me ("Clayton Earnest Clayton -957639 while or when he was not-handcuffed or On January 31, 2025, I ("Earnest Clayton -957639 was assaulted by my cellmate, (un handscuffed cellmate "Dishield being escorted by the officer. Witnesses or/and person(s) involved, officer Garrett, Chambers, Kellom, Regional Director White, and other High and low ranking GDOC and Wellpath employee(s) Deputy Warden Wilcox.

RESOLUTION REQUESTED: Tier 1 officials, Kellom repeatedly used excessive force against me by spraying me etc. I would ("wishes or wish that this grievance be forward to the next level; I requested ("request(s) or/and wish) that my cellmate be placed in w on Tier Two(2) Program, and charges be brought against my cellmate. I would like compensatory, punitive and nominal damages, I request a jury trial, by trial, and other relief the court deems, proper, just and equitable.

Offender Signature _____ Date January 31, 2025

this grievance being filed within the 10-day time limit? Please answer Yes or No. If the answer is No, please explain why.

LVWII9

Attachment 4
SOP (IIB09-9002) 209.07
(94/30/15)

WARDEN/DESIGNEE'S REVIEW

AFTER DISCHARGE (SIGN :) _____

E-1 CELL # 209T

## ADMINISTRATIVE SEGREGATION: TIER I 30 MIN CHECKLIST

OFFENDER NAME: **CLAYTON, EARNEST**      GDC#: **957639**
PRIOR LIVING UNIT: **B-1**   COUNSELOR: _____   STATUS: **C**      RACE: **B**
DATE COMMITTED: **12:00:00 AM**   EXPECTED DISCHARGE DATE: **6/12/2065**
TIME COMMITTED: _____   ACTUAL DISCHARGE DATE & TIME: _____
REASON FOR ASSIGNMENT: **RH IN B-1**
PERTINMENT INFORMATION: _____

| Date | Shift | Meals | | | SH | EX ER | CELL SANT | COMMENTS (Include note/sig. of staff visits, such as medical) | ADM REV: | OFFICER SIG: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | L | S | | | | | | |
| MON. 9/29/25 | 1st | | | | | | Y | ᴸ  ƐK | | |
| | 2nd | | | | | | | | | |
| TUES. 9/30/25 | 1st | | | | | | N | | | |
| | 2nd | | | | | | | | | |
| WED. 10/1/25 | 1st | | | | | | | | | |
| | 2nd | | | | | | | | | |
| THURS 10/2/25 | 1st | | | | | | N | | | |
| | 2nd | | | | | | | | | |
| FRI. 10/3/25 | 1st | | | | | | Y | | | |
| | 2nd | | | | | | | | | |
| SAT. 10/4/25 | 1st | | | | | | | | | |
| | 2nd | | | | | | | | | |
| SUN 10/5/25 | 1st | | | | | | | | | |
| | 2nd | | | | | | | | | |

**EXPLANATORY NOTES:** Meals - Yes(Y) or No(N) or Refused(R); Shower(SH) - Same codes as meals; Exercise (Exer) - Enter actual time period (e.g. 9:15AM - 10:30AM Inside)
**PERTINENT INFORMATION:** Epileptic, Diabetic, Religious Diet, Suicidal, Assaultive, etc.
**COMMENTS:** General conduct, attitude, hygiene, sanitation of cell,(continue on back if needed).
**ADMINISTRATIVE REVIEW:** Deputy Warden or Duty Officer, shift OIC/Captain, as appropriate
Copies:   Offender File
**RETENTION SCHEDULE:** Upon completion of this form, it will be placed in the offender case history file.

Attachment 4
SOP (11t.99-0003) 209.08
(04/30/15)

ADMINISTRATIVE SEGREGATION: T...PROGRAM CHECKLIST
15-MINUTE OR 30-MINUTE WATCH FOR OBSERVATION RECORD

| DATE 9/29/25 MONDAY | DATE 9/30/25 TUESDAY | DATE 10/1/25 WEDENSDAY | DATE 10/2/... THURSDAY | DATE 10/3/25 FRIDAY | DATE 10/4/25 SATURDAY | DATE 10/5/25 SUNDAY |
|---|---|---|---|---|---|---|
| TIME/INITIALS | TIME/INITIALS | TIME/INITIALS | TIME/INITIALS | TIME/INITIALS | TIME/INITIALS | TIME/INITIALS |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

RETENTION SCHEDULE: Upon completion of this form, it will be placed in the offender case history file.

Earnest Clayton -957639
Telfair State Prison
P.O. BOX 549
Helena, Georgia 31037



LEGAL MAIL !!!

FEB 03 2026

INSPECTED

Office of the Clerk U.S. District Court S.D. of Georgia
P.O. BOX 8286
Savannah, Georgia 31412

TELFAIR STATE PRISON
P.O. BOX 549, HELENA, GA 31037

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility/sender has jurisdiction, you may wish to return the material for further information, or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."