IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

EARNEST BARNARD CLAYTON and on )
behalf of others John or/and Jane Doe,   )
                                         )
        Plaintiffs,                      )
                                         )
    v.                                   )          CV 326-005
                                         )
GOVERNOR OF GEORGIA BRIAN KEMP; )
ATTORNEY GENERAL CHRISTOPHER     )
CARR; GEORGIA DEPARTMENT OF      )
CORRECTIONS; COMMISSIONER        )
TYRONE OLIVER; CHIEF COUNSEL     )
RASHAND MITCHELL; WARDEN TOBY; )
UNIT MANAGER GRIER;              )
CORRECTIONAL OFFICER BROOK; G.D.; )
FLOYD; UNIT MANAGER JIMMY        )
KELLOM; CERT TEAM MEMBER EARL    )
ANTHONY; WRIGHT; JEFFRIES; LT.   )
CHALMERS; CAPTAIN BRANCH;        )
ATTORNEY SHELLEY MILTON;         )
ATTORNEY ROGER CHILMAN;          )
ATTORNEY JULIAN KNOWLES;         )
ATTORNEY MATTHEW BURKES;         )
NEWTON; BLACK; ANDREA DAVIS;     )
PRETRILLION WHIPPLE; MARK        )
WHOLE; SERGEANT TACKER;          )
CORRECTIONAL OFFICER CLAYTON;    )
REGIONAL DIRECTOR SIKES; TAYLOR; )
and HULCHER,                     )
                                         )
        Defendants.[1]                   )

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than February

23, 2026, must specify each proposed finding of fact and conclusion of law to which objection

---

[1] The Court **DIRECTS** the **CLERK** to update the docket to add Defendants Regional Director Sikes, Taylor, and Hulcher, in accordance with the above caption, which is consistent with Plaintiff's complaint. (Doc. no. 1, p. 2.)

is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on February 24, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 6th day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2