IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| EARNEST BARNARD CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 326-005 |
| | ) | |
| GOVERNOR OF GEORGIA BRIAN KEMP; ATTORNEY GENERAL CHRISTOPHER CARR; GEORGIA DEPARTMENT OF CORRECTIONS; COMMISSIONER TYRONE OLIVER; CHIEF COUNSEL RASHAND MITCHELL; WARDEN TOBY; UNIT MANAGER GRIER; CORRECTIONAL OFFICER BROOKS; G.D., affiliated inmate; FLOYD, Kitchen Guard; UNIT MANAGER JIMMY KILLEAN; CERT TEAM MEMBER EARL ANTHONY WRIGHT; WRIGHT, Deputy Warden; JEFFRIES, Care and Treatment; LT. CHALMERS; LT. BRANCH; ATTORNEY SHELLEY T. MILTON; ATTORNEY ROGER ALLEN CHALMERS; ATTORNEY JASON KNOWLES; ATTORNEY MATTHEW BURKES; NEWTON, Chief Counselor; BLACK, Disciplinary Investigator; ANDREA DAVIS; PRETRILLION WHIPPLE; MARK WHOLE; SERGEANT TUCKER; CORRECTIONAL OFFICER CLAYTON; REGIONAL DIRECTOR SIKES; TAYLOR; HULCHER; WARDEN SALES; ATTORNEY MATTHEW BRIDGES; CHIEF COUNSELOR BHARB; WARDEN ANDREW MCFARLANE; JERMAINE WHITE; DOCTOR JOHN JOES; COUNSELOR KATHY HILL; DEPUTY WARDEN OF SECURITY CEDRICK JACKSON; and DEPUTY WARDEN OF SECURITY VERONICA STEWART, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than June 26,

2026, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on June 29, 2026.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 9th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2