IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

EARNEST BARNARD CLAYTON,    )
    )
    Plaintiff,    )
    )
    v.    )    CV 326-005
    )
GOVERNOR OF GEORGIA BRIAN KEMP;    )
ATTORNEY GENERAL CHRISTOPHER    )
M. CARR; GEORGIA DEPARTMENT OF    )
CORRECTIONS; COMMISSIONER    )
TYRONE OLIVER; CHIEF COUNSELOR    )
RASHAND MITCHELL; WARDEN TOBY;    )
UNIT MANAGER GRIER;    )
CORRECTIONAL OFFICER BROOKS;    )
G.D., affiliated inmate; FLOYD, Kitchen    )
Guard; UNIT MANAGER JIMMY    )
KILLEAN; CERT TEAM MEMBER EARL    )
ANTHONY WRIGHT; WRIGHT, Deputy    )
Warden; JEFFRIES, Care and Treatment; LT.    )
ATTORNEY ROGER CHILMAN; LT.    )
BRANCH; ATTORNEY SHELLEY T.    )
MILTON; ATTORNEY ROGER ALLEN    )
CHALMERS; ATTORNEY JASON    )
KNOWLES; ATTORNEY MATTHEW    )
BURKES; NEWTON, Chief Counselor;    )
BLACK, Disciplinary Investigator; ANDREA    )
DAVIS; PRETRILLION WHIPPLE; MARK    )
WHOLE; SERGEANT TUCKER;    )
CORRECTIONAL OFFICER CLAYTON;    )
REGIONAL DIRECTOR SIKES; TAYLOR;    )
HULCHER; WARDEN SALES;    )
ATTORNEY MATTHEW BRIDGES; CHIEF    )
COUNSELOR BHARB; WARDEN    )
ANDREW MCFARLANE; JERMAINE    )
WHITE; DOCTOR JOHN DOES;    )
COUNSELOR KATHY HILL;    )
CEDRICK JACKSON, Deputy Warden of    )
Security; and VERONICA STEWART,    )
Deputy Warden of Security,    )
    )
    Defendants.    )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's

Report and Recommendation, to which objections have been filed.  (Doc. no. 25.)  Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.  If Plaintiff wishes to proceed with the claims raised in this case, he must initiate a new lawsuit, which would require submission of a new complaint.  See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this _____ day of July, 2026, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE